# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

HERNAN MARKOWICZ, on his own
behalf and others similarly situated

    Plaintiff,

v.                                        Case No: 2:09-cv-704-FtM-36SPC

JUST G 224, INC., a Florida Corporation
doing business as Vision Nightclub;
Michael D'Antuono, individually,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation of the United States Magistrate Judge Sheri Chappell, filed on March 2, 2010 (Doc. 26). In the Report and Recommendation, Judge Chappell recommends that the Joint Stipulation of Dismissal (Doc. 25), filed on February 17, 2010, be approved.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. In his complaint, Plaintiff alleged that he was not paid just compensation for non-exempt work he performed for Defendant company Just G 224 and its owner, Defendant Michael D'Antuono. Specifically, Plaintiff alleged that, while working as a disc jockey and bar tender at Defendant's nightclub between approximately August, 2008 and September, 2009 he was not paid a sum at least equal to the minimum wage required by the Fair Labor

Standards Act.

The Parties have reached a settlement agreement and seek court approval of that agreement. Specifically, the parties have agreed to a settlement amount of $10,000.00. The Plaintiff, Hernan Markowicz, has agreed to accept $4,600.00 in unpaid overtime wages and liquidated damages as a fair and reasonable settlement of his claim. Further, the Plaintiff has agreed to pay his attorney $4,900.00, in addition to $500.00 in costs, from the total settlement amount of $10,000.00.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired. After careful consideration of the Report and Recommendation and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this order for all purposes, including appellate review.

2. The settlement agreement is APPROVED and the Joint Stipulation of Dismissal (Doc. 25) is GRANTED.

3. This case is DISMISSED with prejudice, pursuant to the agreement of the Parties. The Clerk is directed to terminate all pending motions and deadlines, to enter

judgment accordingly, and to close the file.

**DONE AND ORDERED** in Ft. Myers, Florida, on March 17, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record